■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK CRAWFORD, Appellant, v WARDEN OF VERNON C. BAIN CENTER et al., Respondents. [51 NYS3d 889]—

Judgment (denominated an order), Supreme Court, Bronx County (Eugene Oliver, Jr., J.), entered March 8, 2016, granting the petition for a writ of habeas corpus only to the extent of reducing bail from $500,000 bond or $250,000 cash to $150,000 bond or cash, and otherwise denying the petition, unanimously affirmed, without costs, bail pursuant to the interim order of a Justice of this Court revoked, and petitioner directed to surrender.

Based on the factors set forth in CPL 510.30 (2) (a), we find that the habeas court correctly determined that (except to the extent that the habeas court granted relief) the bail court (Marc Whiten, J.) did not abuse its discretion in increasing bail to the amount indicated, in light of the serious charges in the underlying case including allegations of egregious domestic violence and sexual assault, petitioner's subsequent arrest for possession of four handguns, and the potential for a lengthy sentence if convicted in either case (*see People ex rel. Lazer v Warden, N.Y. County Men's House of Detention*, 79 NY2d 839 [1992]). Concur—Acosta, J.P., Renwick, Mazzarelli, Andrias and Manzanet-Daniels, JJ.